Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, | ) |
| Plaintiff, | ) Case No.: 3:13-cv-466-L-BGS |
| v. | ) |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC. | ) NOTICE OF SETTLEMENT |
| Defendants. | ) |

TO THE CLERK:

NOW COMES Plaintiff, Anthony Brown ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Date: June 28, 2013

/S/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff